ANNA D. HARZ et al., respondents,

*v.*

BOARD OF COMMERCE AND NAVIGATION OF THE STATE OF
NEW JERSEY et al., appellants.

[Decided April 25th, 1940.]

*Messrs. Benny & Cruden,* for the respondents.

*Messrs. Tiffany & Massarsky* and *Mr. William Rubin,* for
the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons
stated in the opinion filed in the court below by Vice-Chan-
cellor Fielder, and reported in *126 N. J. Eq. 9.*

*For affirmance*—THE CHIEF-JUSTICE, CASE, BODINE,
DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS,
WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—None.